UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Case No. _____
State Case No. CV-588-2016

**ROBERT D. KLINE, J.D.,**

    Plaintiff,

v.

**UNITED POWER CONSULTANTS, INC., GEORGE SARAFIANOS, and CAMERON WEISS,**

    Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

Defendants United Power Consultants, Inc., George Sarafianos, and Cameron Weiss (hereinafter "Defendants"), hereby remove this action, which is currently pending in the Court of Common Pleas of the 17th Judicial District of Pennsylvania, the Snyder County Branch, Case No. CV-588-2016, to the United States District Court for the Middle District of Pennsylvania. In support of this Notice of Removal, Defendants state the following:

### THE REMOVED CASE

1. The removed case is a civil action filed on April 21, 2017, in the Court of Common Pleas of the 17th Judicial District of Pennsylvania, the Snyder County Branch, and captioned *Robert D. Kline, J.D., Plaintiff v. United Power Consultants, Inc., George Sarafianos, and Cameron Weiss, Defendants*, Case No. CV-588-2016.

2. This is a case based on alleged violations of the Telephone Consumer Protection Act, trespass to chattels, and invasion of privacy arising out of Defendants' telephone

calls to Plaintiff's business. *See* generally Complaint. Plaintiff's Complaint seeks to recover damages.

3. Pursuant to 28 U.S.C. § 1146(a), Defendants attach to this Notice of Removal a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the state court action. *See* Exhibit 1, attached hereto.

## THE REMOVAL IS TIMELY

4. Plaintiff filed this action in the aforementioned state court on April 21, 2017. This notice of removal is timely filed. *See* 28 U.S.C. § 1446(b).

## VENUE IS PROPER

5. Venue is proper in the Middle District of Pennsylvania because this action is being removed from the Court of Common Pleas of the 17th Judicial District of Pennsylvania, the Snyder County Branch, and the acts complained of in Plaintiff's Complaint are alleged to have occurred in Snyder County, Pennsylvania. See Complaint at ¶ 1.

## BASIS FOR REMOVAL JURISDICTION

6. This Court has federal question jurisdiction under 28 U.S.C. § 1331.

7. Specifically, this court has federal question jurisdiction over this matter pursuant to the Telephone Consumer Protection Act of 1991 (TCPA), Pub. L. No. 102-243, 105 Stat. 2394 (codified as amended at 47 U.S.C. § 227).

8. TCPA specifically confers federal court jurisdiction. *See Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 387 (2012).

9. In the Complaint, Plaintiff brings two claims for alleged violations of TCPA.

10.     Therefore, based on the allegations made in the Complaint, federal question jurisdiction is satisfied in this case.

## FILING OF REMOVAL PAPERS

11.     Pursuant to 28 U.S.C. § 1446(b), written notice of the removal of this action will be promptly served to Plaintiff's counsel.

12.     Concurrent with the filing of this Notice of Removal, Defendants have filed a Notice of Filing the Notice of Removal, including a true and copy of the Notice of Removal with the Clerk of the Middle District of Pennsylvania because this action is being removed from the Court of Common Pleas of the 17th Judicial District of Pennsylvania, the Snyder County Branch.  *See* Exhibit 2, attached hereto.

13.     The undersigned counsel is authorized by Defendants to file this Notice of Removal, is licensed in the State of Pennsylvania and is a member in good standing of the Bar of this Court.

WHEREFORE, Defendants United Power Consultants, Inc., George Sarafianos, and Cameron Weiss, hereby remove the above-captioned action from the Court of Common Pleas of the 17th Judicial District of Pennsylvania, the Snyder County Branch, and request that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

_____
Ethan K. Stone, Esq.
Law Offices of Ethan K. Stone, LLC
3400 Trindle Road
Camp Hill, PA 17011
p: (717) 220-3529
f: (717) 473-7052
estone@ethankstone.com
PA Bar No. 205458
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Case No. _____
State Case No. CV-588-2016

ROBERT D. KLINE, J.D.,
    Plaintiff,

v.

UNITED POWER CONSULTANTS, INC., GEORGE SARAFIANOS, and CAMERON WEISS,

    Defendants.

## CERTIFICATE OF SERVICE

I, Ethan K. Stone, Esq., of the Law Offices of Ethan K. Stone, LLC, attorneys for Defendants, do hereby certify that I am this day serving a copy of the foregoing Notice of Removal upon Plaintiff in the following manner.

**Regular First Class Mail**

Robert D. Kline, J.D.
2256 Fairview Road
McClure, PA 17841
570-658-3448
(Pro Se Plaintiff)

LAW OFFICES OF ETHAN K. STONE, LLC

5/19/17
Dated

Ethan K. Stone, Esquire
I.D. #205458
Attorney for Plaintiff
3400 Trindle Road
Camp Hill, Pennsylvania 17011
717-220-3529