UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Case No. 4:17-cv-00895-YK-JKS

ROBERT D. KLINE, J.D.,

    Plaintiff,

v.

UNITED POWER CONSULTANTS,
INC., GEORGE SARAFIANOS, and
CAMERON WEISS,

    Defendants.

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Robert D. Kline, J.D., pro se Plaintiff, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against all Defendants. None of the parties to this action have filed any pleadings in this matter in this Court and Plaintiff has not previously dismissed any state or federal court action based on or including the same claim against the Defendants.

Respectfully submitted,

*Robert D. Kline*

Robert D. Kline, J.D.
2256 Fairview Road
McClure, PA 17841
570-658-3448
(Pro Se Plaintiff)